IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, *et al.*, | § § § |
| Plaintiffs, | § § |
| VS. | §   CIVIL ACTION NO. 07-2796 |
| | § |
| HUNTSMAN CORPORATION and INTERNATIONAL RISK INSURANCE COMPANY, | § § § § |
| Defendants. | § |

**FINAL JUDGMENT AS TO SWISS REINSURANCE COMPANY**

Plaintiff Swiss Reinsurance Company ("Swiss Re") and Defendants Huntsman Corporation ("Huntsman") and International Risk Insurance Company ("IRIC") have entered into a joint stipulation to dismiss Swiss Re from this action. All claims by and between Swiss Re, Huntsman, and IRIC have been settled and resolved pursuant to the Settlement Agreement and Arbitration Submission Agreement dated December 29, 2008 (attached to the joint stipulation as Exhibit A). The court, having considered the stipulation and record, is of the opinion that there is no just reason for delaying the entry of final judgment as to Swiss Re.

Swiss Re is dismissed with prejudice as a plaintiff in this action. This order is final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. Each party will bear its own fees and court costs.

SIGNED on February 19, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge